7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Daniel Keith Caldwell and Tabetha Renee Caldwell
*Debtor*

*Bankruptcy Case No.*
12–21763–drd7

**Glenda Schlueter**
**William Faulkner**
     Plaintiff(s)

*Adversary Case No.*
13–02018–drd

v.

**Daniel Keith Caldwell**
     Defendant(s)

# JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Motion for Attorneys Fees and Costs with Supporting Affidavit and Itemized Calculation of Damages is granted in part and denied in part.

It is further, ORDERED that Plaintiffs shall be awarded compensatory damages in the amount of $105,848, consisting of their initial investment of $125,000 less payments made by the Defendant to the Plaintiffs totaling $19,152 (24 monthly payments of $798).

It is further, ORDERED that Plaintiffs shall be awarded interest on such damages at 8% per year (beginning July, 2009), pursuant to Mo. Rev. Stat. §409.5–509, in the amount of $35,988.32.

It is further, ORDERED that Plaintiffs shall be awarded costs in the amount of $1,416.28.

It is further ORDERED that Plaintiffs shall be awarded reasonable attorneys fees in the amount of $14,238.50. Based on the foregoing,

It is ORDERED that judgment be entered in favor of the Plaintiffs in the total amount of $157,491.10.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
     Deputy Clerk

Date of issuance: 12/12/13

Court to serve